# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD MARK et al.,** | ) | |
| | ) | 8:06cv769 |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **GOVERNMENT PROPERTIES TRUST, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Unopposed Motion to Extend The Deadlines For Amending The Pleadings And/Or Adding Parties [Filing No. 58]. The parties request to have the planning conference scheduled for October 1, 2007 at 11:00 a.m. (Central Daylight Time) prior to the deadlines for the parties to file motions seeking to amend the pleadings and/or to add parties, so that any issues regarding those deadlines could be discussed at the planning conference along with other deadlines in the present case.

Upon consideration,

**IT IS ORDERED:**

1. The parties' Unopposed Motion to Extend The Deadlines For Amending The Pleadings And/Or Adding Parties [Filing No. 58] is granted.

2. The deadline for filing motions to amend the pleadings and to add parties in this matter is extended **until October 5, 2007 for the plaintiffs** and **until November 2, 2007 for the defendant**.

Dated this 27th day of September, 2007.

BY THE COURT:

/s Thomas D. Thalken
United States Magistrate Judge