# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD MARK, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **GOVERNMENT PROPERTIES TRUST, INC.,** ) <br> ) <br> **Defendant.** ) | **8:06CV769** <br><br> **ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on August 21, 2008.

**IT IS ORDERED:**

A **telephone** planning conference with the undersigned magistrate judge is scheduled for **September 4, 2008, at 10:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 22nd day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge